Clinton C. Clarke and Allan D. Grant, Special Administrator of Estate of Mary B. Warner, Deceased, Appellants, v. Robert D. Baird, Executor Under Last Will and Testament of Clay M. Baird, Deceased et al., Defendants.

Gen. No. 43,461.

opinion filed May 29, 1946; released for publication June 13, 1946. C. Lysle Smith, for appellants; Gariepy & Gariepy, for appellee; Fred A. Gariepy and John Spalding, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full.